IN THE SUPREME COURT OF THE STATE OF NEVADA

ELAINE P. WYNN, AN INDIVIDUAL,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELIZABETH GOFF GONZALEZ,
DISTRICT JUDGE,
Respondents,
  and
WYNN RESORTS, LIMITED, A
NEVADA CORPORATION,
Real Party in Interest.

No. 71432

**FILED**

JUL 19 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

This is an original petition for a writ of prohibition or mandamus challenging district court orders denying a protective order and making related rulings. Petitioner has filed a motion to voluntarily dismiss this petition. Real party in interest has responded to the motion, requesting that this court either deny the motion or grant it subject to certain conditions. Petitioner has filed a reply, acknowledging that upon dismissal of this petition, "she will be bound by the district court's order" that was being challenged in this proceeding—a contention with which we agree. Having considered all briefing on the motion, we grant petitioner's motion, and deny real party's countermotion for the imposition of conditions upon such dismissal. This petition is hereby dismissed. NRAP 42(b). In light of this dismissal, we lift this court's prior stay of

SUPREME COURT
OF
NEVADA

(O) 1947A

17-23981

proceedings below, entered January 11, 2017, and direct that oral argument shall not be scheduled.[1]

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:  Hon. Elizabeth Goff Gonzalez, Chief Judge
     Lewis Roca Rothgerber Christie LLP/Las Vegas
     Quinn Emanuel Urquhart & Sullivan, LLP
     Lewis Roca Rothgerber Christie LLP/Phoenix
     Pisanelli Bice, PLLC
     Eighth District Court Clerk

---

[1]Petitioner's motions to lift our prior stay and to do so by July 21, 2017, are denied as moot. Additionally, we take no further action on appellant's notice regarding scheduling conflicts for oral argument.